## Falconer *v.* Mazess, Appellant.

Argued June 14, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and MONTGOMERY, JJ. (WATKINS, J., absent).

reargument refused July 18, 1960.

*Morton B. Wapner*, with him *Winokur & Kahn*, for appellant.

*Claude O. Lanciano*, for appellee.

OPINION PER CURIAM, July 1, 1960:

The six judges who heard the argument in this case being equally divided in opinion, the judgment is affirmed.